# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW STEFAN MORALES,<br>    Petitioner, | : : : | |
| v. | : : | CIVIL ACTION NO. 19-CV-4971 |
| MICHAEL CLARK, *et al.*,<br>    Respondents. | : : | |

## O R D E R

**WENDY BEETLESTONE, J.**

**AND NOW**, this 2nd day of March 2022, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus (Doc. No. 1), and the Response thereto (Doc. No. 20), and after review of the Report and Recommendation of United States Magistrate Judge Sandra Moore Wells (Doc. No. 26), and upon consideration of the Petitioner's Objection to the Report and Recommendation (Doc. No. 29) it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The Petition for a Writ of Habeas Corpus is **DENIED WITH PREJUDICE**;
3. There is no probable cause to issue a certificate of appealability; and
4. The Clerk of Court shall mark this case **CLOSED**.

                                                **BY THE COURT:**

                                                /s/Wendy Beetlestone, J.

                                                **WENDY BEETLESTONE, J.**