IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MATTHEW STEFAN MORALES,**<br>Petitioner, | **CIVIL ACTION** |
| v. | |
| **MICHAEL CLARK,** *et al.*,<br>Respondents. | **NO. 19-4971** |

# O R D E R

**AND NOW**, this 16th day of June, 2025, upon consideration of Petitioner's Motion to Alter Judgment (ECF No. 37) and Respondents' Brief in Opposition (ECF No. 38), **IT IS HEREBY ORDERED** as follows:

1. Petitioner's Motion (ECF No. 37) is **DENIED** for **LACK OF JURISDICTION** without prejudice to his right to file an application to file a second or successive habeas petition with the United States Court of Appeals for the Third Circuit. *See* 28 U.S.C. § 2244(b)(3)(A).

2. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural rulings regarding the claims raised in Petitioner's Motion. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

3. Petitioner's Motion for Leave to File a Reply Brief (ECF No. 40) is **DENIED AS MOOT**.

BY THE COURT:

S/ WENDY BEETLESTONE
_____
**WENDY BEETLESTONE, J.**